· AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY
a/s/o THIRTY FOUR LIME STREET TRUST,
ET AL

V.

C.H. NEWTON CONTRACTORS
        AND
ALAIRE PLUMBING & HEATING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

C.H. NEWTON CONTRACTORS
549 W. Falmouth Highway
Falmouth, MA  02540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STUART G. BLACKBURN, ESQ.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT  06096

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE   4/19/05

**Barnstable County Sheriff's Office**

I hereby certify and return that on **April 22, 2005 at 1:40 PM** I served a true and attested copy of Summons & Complaint, in hand to Bill Newton, agent able to accept civil process for the within named Defendant, C. H. Newton Contractors, at the last and usual business address to wit: 549 West Falmouth Highway, West Falmouth, MA 02574.

Fee:        $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA  02644

G   Returned unexecuted: _____
_____
_____

G   Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　　　Date　　　　　　　　　Signature of Server


_____
　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.