AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____
MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY
a/s/o THIRTY FOUR LIME STREET TRUST,
ET AL

V.

**SUMMONS IN A CIVIL CASE**

C.H. NEWTON CONTRACTORS
AND
ALAIRE PLUMBING & HEATING

CASE NUMBER:

TO: (Name and address of Defendant)

ALAIRE PLUMBING & HEATING
29 Gemmur Lane
Bellingham, MA  02019-1905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STUART G. BLACKBURN, ESQ.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT  06096

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4/19/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




*The Commonwealth of Massachusetts*
*County of Norfolk*

SHERIFF'S DEPARTMENT
Division of Civil Process

Michael G. Bellotti
*Sheriff*

Jeffrey J. Nourse
*Director*

# COMMONWEALTH OF MASSACHUSETTS
County of Norfolk

**Joan Geer,** being duly sworn, deposes and says that she is a Deputy Sheriff for the County of Norfolk. Deputy Geer further states that she served an attested copy of the within **summons and complaint,** on **April 26, 2005 at 4:00 PM** upon the within named **Alire Plumbing & Heating Co.** by delivering in hand to William Alaire, clerk & agent. Said service was made at **29 Gemmur Lane Bellingham, MA 02019.**

_____
Norfolk County Deputy Sheriff

Norfolk ss.
Commonwealth of Massachusetts

Subscribed and sworn to before me
This 28th day of April, 2005

_____
Noelle E. Nee
Notary Public
My commission expires May 7, 2010

2015 Washington Street • P.O. Box 859215 • Braintree, MA 02185-9215 • Tel (781) 326-1787 • Fax (781) 326-0288

SERVING THE COMMUNITIES OF: AVON, BELLINGHAM, BRAINTREE, BROOKLINE, CANTON, COHASSET, DEDHAM, DOVER, FOXBOROUGH, FRANKLIN, HOLBROOK, MEDFIELD, MEDWAY, MILLIS, MILTON, NEEDHAM, NORFOLK, NORWOOD, PLAINVILLE, QUINCY, RANDOLPH, SHARON, STOUGHTON, WALPOLE, WESTWOOD, WEYMOUTH, WRENTHAM