UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


FIREMAN'S FUND
INSURANCE COMPANY,
a/s/o Thirty Four Lime Street Trust, et al.
                                Plaintiff,

v.

                                    CIVIL ACTION No. 05-30089-KPN

C.H. NEWTON CONTRACTORS,
and
ALAIRE PLUMBING & HEATING,
                            Defendants.


NOTICE OF APPEARANCE


        Now comes Scott J. Tucker of Tucker, Heifetz & Saltzman, LLP and files his Appearance as counsel of record for the Defendant, C. H. Newton Contractors (whose correct name is C.H. Newton Builders, Inc.)


                                    The Defendant,
                                    C. H. Newton Contractors,
                                    By its Attorneys,

                                    Scott J. Tucker - BBO#503940
                                    Tucker, Heifetz & Saltzman, LLP
                                    Three School Street
                                    Boston, Massachusetts 02108
                                    (617) 557-9696