# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAY 25 A 9 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>Thirty Four Lime Street Trust, et al.<br>777 Marin Drive<br>Novado, California 94998<br>　　　　　Plaintiff<br><br>　　v.<br><br>C. H. NEWTON CONTRACTORS<br>549 W. Falmouth Highway<br>Falmouth, MA 02540<br><br>and<br><br>ALAIRE PLUMBING & HEATING<br>29 Gemmur Lane<br>Bellingham, MA 02019-1905<br>　　　　　Defendants | CIVIL ACTION NO.<br>3:05-CV-30089 (KPN)<br><br><br><br>JURY TRIAL DEMANDED<br><br><br>MAY 12, 2005 |

## STIPULATION

Pursuant to rule 15 of the Fed.R.Civ.P. the parties consent to the filing of the attached amended complaint which corrects the name of the Defendant C.H. Newton Builders, Inc.

THE PLAINTIFF,

By _____
Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO #549797

THE DEFENDANT,

By _____
Scott K. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
Tel. (617) 557-6969 9696
Fax (617) 227-9191
BBO # 503940