UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND
INSURANCE COMPANY,
a/s/o Thirty Four Lime Street Trust, et al.
                           Plaintiff,

v.

                                                CIVIL ACTION No. 05-30089-KPN

C.H. NEWTON BUILDERS, INC.,
and
ALAIRE PLUMBING & HEATING,
                           Defendants.

### C.H. NEWTON CONTRACTOR, WHOSE CORRECT NAME IS C. H. NEWTON BUILDERS, INC.'S, ANSWER TO WILLIAM ALARIE D/B/A ALARIE PLUMBING & HEATING'S CROSSCLAIM

### COUNT I

The Defendant-in- Crossclaim denies the allegations contained in this Paragraph.

Wherefore, the Defendant-in-Crossclaim states that the Cross Claim should be dismissed and the Crossclaimant take nothing and the Defendant-in-Crossclaim be awarded its costs and attorneys' fees.

### COUNT II

The Defendant-in- Crossclaim denies the allegations contained in this Paragraph.

Wherefore, the Defendant-in-Crossclaim states that the Cross Claim should be dismissed and the Crossclaimant take nothing and the Defendant-in-Crossclaim be awarded its costs and attorneys' fees.

### AFFIRMATIVE DEFENSES

First Affirmative Defense
And answering further, the Defendant-in-Crossclaim states that the Crossclaim fails to state a claim upon which relief can be granted and should be dismissed.

## JURY CLAIM

The Defendant-in-Crossclaim demands a trial by jury as to all allegations set forth in the Crossclaim, this Answer and any further responsive pleadings.

The Defendant-in-Crossclaim,
C. H. Newton Builders, Inc.,
By its Attorneys,

*/s/ Scott J. Tucker*
Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696