UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERMONT MUTUAL INSURANCE COMPANY,
a/s/o ROBERT and NANCY MCNEIL, and
ROBERT and NANCY MCNEIL,
        Plaintiffs,

v.                                         C.A. No. 04CV12257NG

HAMILTON BEACH PROCTOR-SILEX, INC.,
        Defendant.

## CERTIFICATION

I, Scott J. Tucker, hereby certify that I have conferred with Scott Pinzone of Hamilton Beach/Proctor-Silex, Inc. and I:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

The Defendant,
By its Attorneys,

_____
Scott J. Tucker – BBO# 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

Scott R. Pinzone, Esquire
Director, Litigation and Regulatory Affairs
Hamilton Beach/Proctor-Silex, Inc.

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

Scott J. Tucker 11/12/04