

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>Thirty Four Lime Street Trust, et al.<br>777 Marin Drive<br>Novado, California 94998<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>C. H. NEWTON CONTRACTORS<br>and<br>ALAIRE PLUMBING & HEATING<br><br>　　　　　Defendants | CIVIL ACTION NO.<br>3:05-CV-30089 (KPN)<br><br><br><br><br>**APPEARANCE**<br><br><br><br><br><br>JUNE 15, 2005 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

　　Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for the Plaintiff, FIREMAN'S FUND INSURANCE COMPANY.

　　　　　　　　　　　/s/
　　　　　　　　　　─────────────
　　　　　　　　　　Erik Loftus, Esq.
　　　　　　　　　　Law Offices of
　　　　　　　　　　 Stuart G. Blackburn
　　　　　　　　　　Two Concorde Way
　　　　　　　　　　P.O. Box 608
　　　　　　　　　　Windsor Locks, CT 06096
　　　　　　　　　　Tel. (860) 292-1116
　　　　　　　　　　Fax (860) 292-1221
　　　　　　　　　　BBO# 656315

## CERTIFICATION

I hereby certify that a copy of the foregoing APPEARANCE has been mailed on this 15th day of June, 2005 postage prepaid, first class mail, to the following:

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Brian M. Cullen, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110-2106

Erik Loftus, Esq.