UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND
INSURANCE COMPANY,
a/s/o Thirty Four Lime Street Trust, et al.
       Plaintiff,

v.

          C. A. No. 05-30089-RGS

C.H. NEWTON BUILDERS, INC.,
and
ALAIRE PLUMBING & HEATING,
       Defendants.

### C.H. NEWTON BUILDERS, INC.'S AUTOMATIC DISCLOSURE

Now comes the Defendant, C. H. Newton Builders, Inc., (hereinafter "Newton") and submits its Automatic Disclosure pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rules for the District of Massachusetts Rule 26.2.

A.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:

In addition to those persons identified in the Plaintiff's Automatic Disclosure:

1. David Newton
  C.H. Newton Builders, Inc.
  Falmouth, MA

2. Katherine Curtis
  34 Lime Street
  Boston, MA

3. John Burr
  Address Unknown to C.H. Newton

B.  DOCUMENTS:

None other than those identified by the plaintiff in its Disclosure.

C.       DAMAGES:

Not Applicable.


D.       INSURANCE POLICY:

Acadia Insurance – Primary coverage - $1M

                                        The Defendant,
                                        C. H. Newton Builders, Inc.,
                                        By its Attorneys,

                                        /s/ Scott J. Tucker
                                        Scott J. Tucker - BBO#503940
                                        Tucker, Heifetz & Saltzman, LLP
                                        Three School Street
                                        Boston, Massachusetts 02108
                                        (617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
9-20-05