IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 105-30089 (RGS)

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of
Thirty Four Lime Street Trust, et al
777 Marin Drive
Novado, California 94998
    Plaintiff

VS

C. H. NEWTON CONTRACTORS; and
ALAIRE PLUMBING & HEATING
    Defendants

=================================================

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Alarie Plumbing & Heating (the Defendant) and its undersigned counsel, hereby certify:

1. That we have conferred with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. That we have conferred to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Alarie Plumbing & Heating<br>by its insurer, | Alarie Plumbing & Heating<br>By its attorney, |
| *Lorrie Hassan* (signature) | *Brian M. Cullen* (signature) |
| Lorrie Hassan<br>St. Paul Travelers<br>44 Bedford Street<br>Middleboro, MA 02346<br>(508) 946-6650 | Brian M. Cullen<br>BBO#547427<br>Law Offices of Thomas M. Niarchos<br>100 Summer Street, Suite 201<br>Boston, MA 02110<br>(617) 772-2800 |

## CERTIFICATION

I hereby certify that a copy of the foregoing JOINT STATEMENT AND LOCAL RULE 16.1(D)(3) CERTIFICATION has been transmitted via hand delivery on this 22nd day of September to the following:

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Erik Loftus
Law Office of Stuart Blackburn
Two Concord Way, P. O. Box 608
Windsor Locks, CT 06096

                                                  Brian M. Cullen