IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 105-30089 (RGS)

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of
Thirty Four Lime Street Trust, et al
777 Marin Drive
Novado, California 94998
    Plaintiff

VS

C. H. NEWTON CONTRACTORS; and
ALAIRE PLUMBING & HEATING
    Defendants

----

## INITIAL DISCLOSURE OF DEFENDANT, ALARIE PLUMBING & HEATING PURSUANT TO FEDERAL RULE 26(A)(1)

Pursuant to Federal Rule 26(a)(1), the defendant, Alarie Plumbing & Heating, makes the following initial disclosure:

  A. Names of persons with discoverable information:

    1. Bill Alarie, Pres.
       Alarie Plumbing & Heating
       29 Gemmur Drive.
       Bellingham, MA 02019 – 1905

    2. Steve Boucher
       Alarie Plumbing & Heating
       29 Gemmur Drive.
       Bellingham, MA 02019 – 1905

    3. Craig Martel
       Alarie Plumbing & Heating
       29 Gemmur Drive.
       Bellingham, MA 02019 – 1905

    4. John Burry – address unknown

    5. John Brosseau – address unknown

B. Documents:

   1. The defendant attaches copies of its proposals to The Bollard Group and CH Newton and its invoices, work orders and manpower records.

C. Damages Documents:

   None

D. Insurance Agreements:

   1. The defendant agrees to provide a copy of its insurance policy with Travelers Property Casualty Co., upon request.

>   Alarie Plumbing & Heating
>   By its attorney,
>
>   */s/ Brian M. Cullen*
>   Brian M. Cullen
>   Law Office of Thomas M. Niarchos
>   100 Summer Street, Suite 201
>   Boston, MA 02104
>   (617) 772-2800
>   B.B.O. #547427

I hereby certify that a true copy of the above document was served upon each other attorney of record for each other party by mail on 10-18-05

*/s/ Brian M. Cullen*
Brian M. Cullen