UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND
INSURANCE COMPANY,
a/s/o Thirty Four Lime Street Trust, et al.
                           Plaintiff,

v.
                           CIVIL ACTION No. 05-30089-RGS

C.H. NEWTON BUILDERS, INC.,
and
ALAIRE PLUMBING & HEATING,
                           Defendants.

NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant, C.H. Newton Builders, Inc., in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, Massachusetts 02110
Tel: (617) 557-9696
Fax: (617) 227-9191

The Defendant,
C. H. Newton Builders, Inc.,
By its Attorneys,

_____
Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

*I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.*

4-25-06