IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

FIREMAN'S FUND INSURANCE :
COMPANY :
As Subrogee of :
Thirty Four Lime Street Trust, et al. : CIVIL ACTION NO.
777 Marin Drive : 1:05-CV-30089 (RGS)
Novado, California 94998 :
           Plaintiff :
 :
v. :
 :
C. H. NEWTON CONTRACTORS :
and :
ALAIRE PLUMBING & HEATING :
           Defendants : MAY 5, 2006

---

### PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(A) DISCLOSURE OF EXPERT WITNESS

#### NAME AND ADDRESS OF WITNESS

    David Kantrowitz
    David Kantrowitz Antiques and Fine Art
    122 Chandler Street
    Boston, MA  02116

#### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Kantrowitz is expected to testify concerning his examination and appraisal of certain items damaged in the January 26, 2004 water loss at the residence of James and Katherine Curtis, located at 34 Lime Street, Boston.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Kantrowitz is expected to testify that he was retained by the Curtis' or their representative to conduct an appraisal on certain damaged items for submission to the Plaintiff insurance company. Mr. Kantrowitz is further expected to testify that based upon his examination and appraisal of certain items damaged at the Curtis residence, , as well as additional research on each item, he was able to determine the loss in value to each item. Mr. Kantrowitz' appraisal, attached, outlines the details of his appraisal.

**SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION**

Ms. Kantrowitz will testify based on his education and experience as an antique dealer, auctioneer and appraiser, as well as his research into the particular items damaged in the January 26, 2004 water loss.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT  06096
860-292-1116
BBO# 656315

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>Thirty Four Lime Street Trust, et al.<br>777 Marin Drive<br>Novado, California 94998<br>        Plaintiff | CIVIL ACTION NO.<br>1:05-CV-30089 (RGS) |
| v. | |
| C. H. NEWTON CONTRACTORS<br>and<br>ALAIRE PLUMBING & HEATING<br>        Defendants | MAY 5, 2006 |

I hereby certify that on **MAY 5, 2006**, a copy of foregoing **PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **[ERIK LOFTUS, ESQ.**
Erik Loftus, Esq., BBO# 656315
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT 06096
860-292-1116

# EXHIBIT

04/22/04 THU 07:43 FAX 6177203490       THEBOLLARDGROUP                              ☎002
FROM : DAVID KANTROWITZ ANTIQUES    PHONE NO. : 6175365073              Apr. 20 2004 04:48AM P2



MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*                                    *1*
34 LIME STREET
APRIL 20, 2004

David Kantrowitz
Antiques and Fine Art
122 Chandler Street
Boston, Massachusetts 02116
(617) 536-5073

I, David Kantrowitz, declare that my qualification as appraiser of the property in question is my experience as an appraiser, auctioneer and dealer of antiques and fine art since 1990. I participate in numerous professional meetings, conferences and seminars annually on various subjects relating to the antiques and fine art field.

On February 13, March 3, March 9 and April 6, 2004, I personally inspected and appraised the following listed property understood to belong to Mrs. And Mrs. James Curtis, located at 34 Lime Street, Boston, Massachusetts 02108.

The purpose of this appraisal is to determine the replacement value of the property for an insurance claim. The replacement value is the price at which the property could be replaced with another of similar age, quality, appearance and condition within a reasonable time period in the most relevant market. In this case, the most relevant market is retail sales of antique furniture, fine art and decorative pieces at antique stores and galleries.

I considered all approaches to valuation including the market data comparison approach, the cost approach and the income approach and concluded that the most appropriate method for this appraisal would be the market data comparison approach.

This report is based on evaluation of physical evidence, stylistic comparison with similar properties and due diligence in my research and documentation. Any measurements given are approximate. I was not able to view paintings or prints out of their frames and I could not disassemble pieces of furniture. Because of low, indirect lighting in the house, it was difficult to determine the extent of the damage to these pieces. Only when I examined the pieces in direct light could I see how much damage was done. I estimated tax, shipping and insurance in addition to the purchase price as part of the replacement value.

I based the appraisal on my own observations and on information obtained from the owners including the condition of the pieces before the damage, the original purchase price and damage after the flood. I am assuming that this information is accurate.

The damage to many of the listed pieces was documented in a report prepared by Robert Mussey of Robert Mussey and Associates, Boston, Massachusetts dated March 3, 2004 and much of this information is included in the appraisal. A copy is attached. The loss in value is approximate and it refers to the dollar value lost before any restoration is done.

Because of the difficulty in replacing these pieces, the replacement value is higher than the original purchase price although many of the pieces were bought a year ago. The owners bought many of the pieces in England and it will cost more to replace them in the United States. I assumed that the owners would need to inspect the pieces before purchase and I did not expect them to travel to England or buy them sight unseen. The owner of *Georgian House Antiques* in England where the English pieces were purchased stated that he would add a minimum of 10% for replacement purposes and that even with this increase some of the pieces could not be replaced. He mentioned that as a wholesaler located in the countryside, his prices are significantly lower than prices at a retail store or in a city.

According to the rare book dealers I contacted, it would be very difficult to replace the damaged books, particularly the large sets. Neither *Brattle Books* in Boston nor *Bauman Rare Books* in New York City had large sets similar to the two damaged sets. Bauman books stated that a large set of leather bound books is rare and difficult to find and that they haven't had anything similar in years. It would be difficult to replace the other books in the library as well and the replacement values of the books reflect their rarity.

04/22/04 THU 07:44 FAX 6177203490          THEBOLLARDGROUP                                    ☒003
FROM : DAVID KANTROWITZ ANTIQUES       PHONE NO. : 6175365073            Apr. 20 2004 04:49AM P3



**DRAFT**

2

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

This appraisal will represent my best judgment of the replacement value of these pieces. However, it is not a statement of fact or a representation of authenticity or provenance. It is not a guarantee that the property will bring the appraised value if offered for sale. I will not be responsible for legal actions or expenses arising from any claim based this appraisal.

The appraisal is to be used only for the stated purpose and it will be invalid if used in any other way. It has been prepared according to the *Uniform Standards of Professional Appraisal Practice* 2003 edition, published by the Appraisal Foundation.

I declare that I have undertaken this appraisal for an hourly fee, that compensation is not dependent upon or related to values determined, that I have no current or future interest in the property being appraised and that I have acted solely in my professional capacity as appraiser.

The values shown on the following list represent the replacement value as of the date of this report.

_____
David Kantrowitz
Appraiser

_____
Date

Page 1 of 12

**DRAFT**

3

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

### APPRAISAL

*THE PROPERTY OF*

MR. AND MRS. JAMES CURTIS
34 LIME STREET
BOSTON MASSACHUSETTS 02108

*CONTENTS AND VALUATIONS*

**CUSTOM AND ANTIQUE FURNITURE**

| | |
|---|---|
| *REPLACEMENT VALUE* | $206,700.00 |
| *LOSS IN VALUE* | $184,100.00 |

**FRAMES AND MATTING**

| | |
|---|---|
| *REPLACEMENT VALUE* | $3,600.00 |
| *LOSS IN VALUE* | $2,300.00 |

**MISCELLANEOUS DECORATIVE PIECES, LEATHER AND CROCODILE**

| | |
|---|---|
| *REPLACEMENT VALUE* | $12,500.00 |
| *LOSS IN VALUE* | *TOTAL* |

**LIBRARY OF BOOKS**

| | |
|---|---|
| *REPLACEMENT VALUE* | $21,200.00 |
| *LOSS IN VALUE* | *TOTAL* |

| | |
|---|---|
| *TOTAL APPRAISED REPLACEMENT VALUE* | $244,000.00 |
| *TOTAL LOSS IN VALUE* | ~~$220,100.00~~ |

SUM TOTAL IS NOT CORRECT

04/22/04 THU 07:44 FAX 6177203490        THEBOLLARDGROUP                             ⌘005
FROM : DAVID KANTROWITZ ANTIQUES        PHONE NO. : 6175365073        Apr. 20 2004 04:50AM P5



*DRAFT*

4

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

APPRAISAL

*THE PROPERTY OF*

MR. AND MRS. JAMES CURTIS
34 LIME STREET
BOSTON, MASSACHUSETTS 02108

1. A CUSTOM MAHOGANY PLANT STAND
AMERICAN CIRCA 1930 OR 1940
The stand, 48 inches high has a circular molded top with a scalloped edge, curved supports, a mid-section with a finial and cabriole legs with snake feet.

Exposure to water has damaged the glue joints and the stand can no longer support substantial weight.

Provenance:
The stand originally belonged to Mrs. Curtis' grandfather.

REPLACEMENT VALUE                                                                       $1,000.00
LOSS IN VALUE                                                                             $250.00


2. A MAHOGANY END TABLE
AMERICAN OR ENGLISH, ASSEMBLED CONSTRUCTION CIRCA 19TH/20TH CENTURY
The table, 23 3/4 inches high by 27 1/2 inches wide by 14 inches deep has a rectangular top with 2-drop leaves, false drawers with wood knobs, a carved post and 4 cabriole legs with snake feet.

The table has water staining to the top and to one leaf.

Provenance:
The owners' parents originally purchased the table on Charles Street, Boston and gave it as a gift.

REPLACEMENT VALUE                                                                       $1,000.00
LOSS IN VALUE                                                                             $250.00


3. A MAHOGANY CASE FOR A BOOK MOUNTED ON STAND
ENGLISH CIRCA 18TH/19TH CENTURY
The case, 18 inches high by 24 inches wide by 18 1/2 inches deep, shaped to hold a book has rectangular lift top with a curved and a flat end, brass hinges, a Queen Anne brass escutcheon and a later base with molded legs and cross stretchers.

The table has water staining to the top, to the sides and to scattered areas on the base.

Provenance:
The stand was a gift from Mrs. Curtis' parents.

REPLACEMENT VALUE                                                                       $1,500.00
LOSS IN VALUE                                                                             $250.00



*DRAFT*

5

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

### 4. PAIR OF LEATHER CLUB CHAIRS
AMERICAN CONTEMPORARY
The *Ralph Lauren Irish Coast* club chairs, 32 inches high in soft brown distressed leather have tufted backs and sides, rolled arms, a flat front, brass tacks and brass capped, turned feet.

The chairs have scratches on the front bases, water staining and bloom in areas, water spots and scrapes.

Provenance:
The chairs were purchased new for approximately $10,000 and they were never used.

| | |
|---|---:|
| *REPLACEMENT VALUE* | $11,000.00 |
| *LOSS IN VALUE* | $1,000.00 |

### 5. A REGENCY MAHOGANY LIBRARY DRUM TABLE
ENGLISH 1820
The table, 30 1/4 inches high and 50 1/2 inches in diameter has a round top lined with gilt embossed leather, four real and four false drawers, a pedestal base with a turned pillar and brass capped downswept legs with castors.

The table has a warped top, staining and scratches to the leather and finish loss, scratches, dents, paint drips and scrapes to the sides and to the base. There is missing veneer, raised veneer causing an uneven surface, one broken knob and a missing embossed knob cap. The finish has water spotting and a layer of dirt.

*George Subkoff Antiques* in Woodbury, Connecticut sold a similar piece for approximately $25,000 and the shop currently has a smaller drum table without a leather top for $28,000.

Provenance:
Purchased in May 2003 from *Georgian House Antiques*, Chipping Norton, Oxfordshire, England for 8,500 pounds plus tax and shipping.

| | |
|---|---:|
| *REPLACEMENT VALUE* | $25,000.00 |
| *LOSS IN VALUE* | *TOTAL* |

### 6. A WILLIAM AND MARY FALL-FRONT WALNUT VENEER DESK
ENGLISH CIRCA 1680
The inlaid desk, 67 1/4 inches high by 40 1/2 inches wide by 19 1/2 inches deep has a rectangular top, a convex molding that opens as a drawer, a fall-front opening to reveal cubbyholes and small drawers with drop pulls and a base with crossbanded drawers, brass pulls and bracket feet.

The desk has lifting veneer and missing pieces caused by exposure to water. The water dissolved the glue holding the veneer in place. According to the conservator the piece cannot be repaired.

I was not able to find a similar piece for sale in the United States. *Georgian House Antiques* where the owners bought the piece currently has a similar fall-front desk in stock for 25,000 pounds. With tax and shipping, the total replacement cost for this piece would be approximately $50,000.

Provenance:
Purchased in May 2003 from *Georgian House Antiques*, Chipping Norton, Oxfordshire, England for 18,000 pounds plus tax and shipping.

| | |
|---|---:|
| *REPLACEMENT VALUE* | $50,000.00 |
| *LOSS IN VALUE* | *TOTAL* |

04/22/04 THU 07:45 FAX 6177203490     THEBOLLARDGROUP                              ☒007

FROM : DAVID KANTROWITZ ANTIQUES     PHONE NO. : 6175365073        Apr. 20 2004 04:51AM P7



*DRAFT*

6

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004


7. A GEORGE II WALNUT FOUR-DRAWER CHEST
ENGLISH CIRCA 1710
The chest, 38 inches high by 37 inches wide by 19 1/2 inches deep has a molded top, two short drawers and three long drawers with inlay and crossbanding, pierced brasses and bracket feet.

The chest has dents, scratches, raised veneer creating uneven surfaces, bulges in the veneer on the sides and a severely warped drawer.

Provenance:
Purchased at *Georgian House Antiques* in May 2003 for 6,500 pounds plus tax and shipping.

*REPLACEMENT VALUE*                                                                  $16,000.00
*LOSS IN VALUE*                                                                          TOTAL


8. A VICTORIAN MAHOGANY AND GILT FRAME
AMERICAN LATE 19TH CENTURY
The rectangular molded walnut frame, 27 3/4 inches by 24 inches with a dark finish and a gilt liner encloses a map of Bunker Hill. The frame has water stains to the molding.

*Haley and Steele, Boston* stated that it would cost $600 to replace the frame with something comparable.

Provenance:
The framed piece was a gift from Mrs. Curtis' parents.

*REPLACEMENT VALUE*                                                                    $600.00
*LOSS IN VALUE*                                                                         $300.00


9. A MAT AND FRAME FOR A SILHOUETTE OF ANDREW JACKSON
AMERICAN MODERN
The silhouette is framed in a modern contemporary-style mahogany frame, 27 1/2 inches by 22 inches with a plain mat and a second mat colored gray. The silhouette has a warped mat and scrapes to the frame.

According to *Haley and Steele*, the replacement mat and frame might cost $1,000.

Provenance:
The silhouette was a gift from Mrs. Curtis' parents.

*REPLACEMENT VALUE*                                                                   $1,000.00
*LOSS IN VALUE*                                                                          TOTAL


10. A FRAMED MAP OF FALMOUTH, MASSACHUSETTS
AMERICAN CIRCA 19TH CENTURY, MODERN FRAME
The colored map, 21 inches by 31 inches depicts the town of Falmouth and the Great Bay. It is framed in a modern gilt and ebonized frame. The map is wrinkled from exposure to water.

*Haley and Steele* stated that a replacement piece would cost a minimum of $1,500.

Provenance:
The map was a wedding gift from a family member.

*REPLACEMENT VALUE*                                                                   $2,000.00
*LOSS IN VALUE*                                                                       $1,000.00

04/22/04 THU 07:45 FAX 6177203490        THEBOLLARDGROUP                                    ☒008

FROM : DAVID KANTROWITZ ANTIQUES      PHONE NO. : 6175365073         Apr. 20 2004 04:51PM P8

# DRAFT

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*                                         7
34 LIME STREET
APRIL 20, 2004

### 11. A CUSTOM MAHOGANY BUTLER'S TRAY TABLE
AMERICAN CIRCA 20TH CENTURY

The table, 17 1/2 inches high by 48 inches long by 36 inches wide has a rectangular tray top with hinged sides, pierced handholds and a mahogany base with square legs and stretchers.

The tray table has warped ends caused by exposure to water and this damage cannot be repaired.

Provenance:
The owners purchased the table at *Raphael Osana Auctions*, Nantucket, Massachusetts for approximately $900.

| | |
|---|---|
| *REPLACEMENT VALUE* | $1,500.00 |
| *LOSS IN VALUE* | *TOTAL* |

### 12. A PAIR OF VICTORIAN UPHOLSTERED CHAIRS
AMERICAN

The chairs, in a blue plaid fabric have upholstered backs and seats, skirts and turned mahogany legs.

Compared to their condition when purchased, the chairs have been damaged and they are no longer sturdy.

Provenance:
The owners purchased the chairs new from *Lynda Willauer Antiques*, Nantucket in 2003 for $7,500 and they were never used.

| | |
|---|---|
| *REPLACEMENT VALUE* | $7,500.00 |
| *LOSS IN VALUE* | $250.00 |

### 13. A FRUITWOOD GATELEG TABLE
ENGLISH CIRCA 18TH CENTURY

The table, 28 1/2 inches high by 47 1/2 inches long by 54 inches wide has an oval top made of several boards, a rectangular base with a drawer, block and turned legs, stretchers and ball feet.

The table has a severely warped top.

Provenance:
Purchased at *Georgian House Antiques* in May 2003 for 2,200 pounds plus tax and shipping.

| | |
|---|---|
| *REPLACEMENT VALUE* | $7,500.00 |
| *LOSS IN VALUE* | *TOTAL* |

### 14. A MAHOGANY AND SHELL SAILOR'S VALENTINE
BAHAMAS, VIRGIN ISLANDS CONTEMPORARY

The octagonal valentine, 9 inches high has a mahogany 2-part frame with brass hinges and a latch enclosing shell-work with the inscription *Katie Jim July 20, 2002*.

The frame is warped and pieces of the molding have fallen off.

Provenance:
The valentine was custom made in the Bahamas for approximately $7,500 and given as a wedding gift by Mrs. Curtis' parents.

| | |
|---|---|
| *REPLACEMENT VALUE* | $7,500.00 |
| *LOSS IN VALUE* | *TOTAL* |



8

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

15. AN EMPIRE WALNUT FOUR POSTER BED
NEW ENGLAND CIRCA 1850
The bed, 94 inches high by 91 3/4 inches long by 81 1/4 inches wide has a scroll headboard with turned ends, cylindrical posts with baluster turned tops, block bases and turned feet.

The feet are split from sitting in water, the absorbed water has caused cracks in the posts that cannot be repaired and there are scratches, scrapes, finish loss, and water spotting.

*Leonard's* stated that $13,000 would be a reasonable insurance replacement value for this piece.

Provenance:
Purchased at *Leonard's* in Seekonk, Massachusetts last year for approximately $10,000.

*REPLACEMENT VALUE*    $13,000.00
*LOSS IN VALUE*    TOTAL

16. A LOUIS VUITTON TRUNK
FRANCE LATE 19TH OR EARLY 20TH CENTURY
The wood-bound rectangular trunk, 22 inches high by 35 1/2 inches wide by 20 3/4 inches deep with a checkerboard covering has a fabric interior.

The chest has a dirty surface, a damaged covering and extensive staining to the interior fabric that cannot be repaired.

*Bobby from Boston*, a retail store that specializes in accessories including Louis Vuitton trunks estimated that the replacement value of this piece would be $3,000.

Provenance:
Descended in the owner's family and given to him by his grandmother approximately 10 years ago.

*REPLACEMENT VALUE*    $3,000.00
*LOSS IN VALUE*    TOTAL

17. A PAIR OF MEN'S EQUESTRIAN BOOTS
ENGLAND OR AMERICA CIRCA 19TH CENTURY
The brown leather calf high boots have wood trees.

The boots have water damage and the seams are split open.

Provenance:
The boots belonged to the owner's great great uncle and they were given as a gift to him.

*REPLACEMENT VALUE*    $1,000.00
*LOSS IN VALUE*    TOTAL

18. A QUEEN ANNE WALNUT CHEST ON CHEST
ENGLAND CIRCA 1740
The veneered chest, 73 inches high by 39 1/2 inches wide by 21 1/2 inches deep has a molded cornice above short and graduated drawers, a base with drawers and bracket feet.

The chest's case shrunk due to water exposure and the drawers are warped making them difficult to open and close. There is bulging and lifting veneer.

Provenance:
Purchased in May 2003 at *Georgian House Antiques* for 14,000 pounds plus tax and shipping.

*REPLACEMENT VALUE*    $35,000.00
*LOSS IN VALUE*    TOTAL

04/22/04 THU 07:46 FAX 6177203490      THEBOLLARDGROUP                              @010

FROM : DAVID KANTROWITZ ANTIQUES    PHONE NO. : 6175365073         Apr. 28 2004 04:53AM P10



**DRAFT**

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*     9
34 LIME STREET
APRIL 20, 2004

### 19. A CROCODILE TRUNK
### AMERICAN OR ENGLISH CIRCA 20TH CENTURY
The rectangular, medium sized trunk with crocodile hide covering has a brass lock, a leather interior and a leather handle.

The trunk has splits, cracks and losses to the covering from exposure to water.

A similar trunk was available in England in April 2004 for 510 pounds. With tax and shipping I believe it would cost $1,000 to replace this piece.

Provenance:
The trunk belonged to the owner's great grandfather and it descended in the family.

REPLACEMENT VALUE                                                       $1,000.00
LOSS IN VALUE                                                             TOTAL

### 20. A GEORGIAN MAHOGANY LINEN PRESS
### ENGLAND CIRCA 19TH CENTURY
The linen press, 73 inches high by 46 1/2 inches wide by 22 1/2 inches deep has a molded cornice, 2 doors opening to a paper lined interior with a hanging rod, a base with 3 drawers, silver oval hardware and bracket feet.

The linen press has warped door panels and the doors don't close flush with the case. Some crossbanded veneer has fallen off. The paper covering on the interior is stained, the drawers in the base do not close completely and the finish has stains and scrapes.

Provenance:
Purchased in May 2003 from *Georgian House Antiques*, Chipping Norton, Oxfordshire, England for 2,800 pounds plus tax and shipping.

REPLACEMENT VALUE                                                       $8,000.00
LOSS IN VALUE                                                           $4,000.00

### 21. A CUSTOM FOUR-DRAWER CHEST
### FACTORY MADE, AMERICAN 20TH CENTURY
The chest, 35 3/4 inches high by 43 1/4 inches wide by 20 inches deep has a rectangular top, 2 short drawers over 3 long drawers, wood knobs and ball feet. It has been fitted with a false drawer that pulls open.

The damage includes a warped drawer, spotting to the finish and water damage to the interior.

Provenance:
Custom fitted by Mrs. Curtis' parents and given as a gift to the owners.

REPLACEMENT VALUE                                                       $1,200.00
LOSS IN VALUE                                                             $600.00

### 22. A WILLIAM IV SLANT LID DESK
### ENGLAND CIRCA 1840
The desk has a central slant lid with a gallery, a rectangular top, a flat rail with a pierced brass escutcheon, paneled sides, tapering cylindrical legs and carved trumpet feet.

The desk has scratches to the finish.

Provenance:
Purchased in May 2003 from *Georgian House Antiques*, Chipping Norton, Oxfordshire, England for 650 pounds plus tax and shipping.

REPLACEMENT VALUE                                                       $2,500.00
LOSS IN VALUE                                                             $500.00

04/22/04 THU 07:46 FAX 6177203490        THEBOLLARDGROUP                              ☒011

FROM : DAVID KANTROWITZ ANTIQUES    PHONE NO. : 6175365873        Apr. 20 2004 04:53AM P11

*DRAFT*                                                                 10

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*
34 LIME STREET
APRIL 20, 2004

**23. A REGENCY LIBRARY TABLE**
**ENGLISH CIRCA 1820**
The table, 30 inches high by 71 1/2 inches long by 41 inches wide has a rectangular top with rounded corners and inset leather, 6 locking drawers with ebony line inlay and turned and reeded legs with brass capped feet.

The table has water damage including warped drawer openings. There is space between the drawers and the case that cannot be repaired.

According to Jonathan Daniels of *Daniels Antiques*, it would cost $20,000 to $30,000 to replace this piece. He currently has a similar table in stock for $24,000. If purchased in New York City, he estimates that a comparable library table might cost $30,000 to $40,000.

Provenance:
Purchased at *Daniels, Daniels & Daniels Antiques*, Hallandale, Florida for approximately $14,000 in 2003.

*REPLACEMENT VALUE*                                                     $25,000.00
*LOSS IN VALUE*                                                            *TOTAL*

04/22/04 THU 07:46 FAX 6177203490   THEBOLLARDGROUP   ☒012
FROM : DAVID KANTROWITZ ANTIQUES   PHONE NO. : 6175365073   Apr. 20 2004 04:54AM P12

**DRAFT**

MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*   11
34 LIME STREET
APRIL 20, 2004

LIBRARY

### 24. A COLLECTION OF LEATHER BOUND CLASSICS
VIENNA, AUSTRIA CIRCA EARLY 19TH CENTURY
The group includes a set of approximately 130 tooled, brown half leather and gilt Classics with marbleized covers including books by Plutarch, Socrates, Cicero, Herodotus, Aristotle, Plato, Plinus, Plautus and Seneca in German.

The damage to the books includes staining, spotting, cracking, soiling, warping to the leather and board covers and wrinkling and stains to the printed pages. Many books are stuck together and can't be detached without damage.

The *Brattle Bookshop*, Boston stated that it would cost a minimum of $50-$75 per book to replace this set and that even at $75 per book it would be almost impossible to replace them with something similar. I estimate that it would cost $100 per book to find an adequate replacement.

Provenance:
This set and the other books in the collection descended in the Mr. Curtis' family and his grandmother gave them to him approximately 10 years ago.

*REPLACEMENT VALUE*   $13,000.00
*LOSS IN VALUE*   TOTAL

### 25. A SET OF LEATHER BOUND BOOKS
VIENNA, AUSTRIA CIRCA 1829-1836
The set, in matching bindings including *Gemalde Italien, Gemalde Spain and Portugal, Gemalde Von Australien, Gemalde Von America, Gemalde Von Afrika and Gemalde Der Schweiz* with similar marbleized board covers includes 28 Octavo books bound in half leather.

*REPLACEMENT VALUE*   $2,800.00
*LOSS IN VALUE*   TOTAL

### 26. A TOOLED, COLORED AND GILT EMBOSSED BINDING
VIENNA, AUSTRIA 1890
The folio book, *Militarischer, Maria Theresein-Orden Neue Folge 1850-1890* by J. Lukes includes 44 illustrations of military officers and it is bound in a red, full leather, gilt embossed binding decorated with a blue cross and a green wreath.

*REPLACEMENT VALUE*   $1,200.00
*LOSS IN VALUE*   TOTAL

### 27. A SET OF LEATHER BOUND BOOKS
VIENNA, AUSTRIA 1800-1810
The set, *Haupt Regifter* includes 7 Octavo volumes bound in gilt embossed leather with red and brown spines.

*REPLACEMENT VALUE*   $700.00
*LOSS IN VALUE*   TOTAL

### 28. A GROUP OF MISCELLANEOUS LEATHER BOUND BOOKS
ENGLISH, FRENCH, GERMAN, LATIN AND ARABIC CIRCA 18TH AND 19TH CENTURY
The group includes 17 volumes of various sizes in leather and half leather with gilt embossed covers.

*REPLACEMENT VALUE*   $1,700.00
*LOSS IN VALUE*   TOTAL

04/22/04 THU 07:47 FAX 6177203490   THEBOLLARDGROUP   ☒013

FROM : DAVID KANTROWITZ ANTIQUES   PHONE NO. : 6175365073   Apr. 20 2004 04:54AM P13



MR. AND MRS. JAMES CURTIS *Replacement Value Appraisal*   12
34 LIME STREET
APRIL 20, 2004


29. A SET OF LEATHER BOUND BOOKS
VIENNA, AUSTRIA 1805 AND 1806
The set of 4 Octavo volumes are bound in gilt embossed full red leather with red and green spines.
   $600.00
*REPLACEMENT VALUE*   TOTAL
*LOSS IN VALUE*

30. A SET OF LEATHER BOUND BOOKS
LEIPZIG, GERMANY 1790
The set of 5 gilt embossed books in 3/4 leather, *Dr. Eduard Young's Klagen Ober Nachtgedanken* has brown, red and black spines.
   $500.00
*REPLACEMENT VALUE*   TOTAL
*LOSS IN VALUE*

31. A SET OF *THE POETICAL WORKS OF WILLIAM LISLE BOWLES*
D. APPLETON & CO. NEW YORK 1855
The set includes 2 Octavo full leather bound volumes.
   $200.00
*REPLACEMENT VALUE*   TOTAL
*LOSS IN VALUE*

32. A GROUP OF ASSORTED LEATHER BOUND BOOKS
GERMAN 19TH CENTURY
The group includes 5 full leather and half leather books in various sizes with embossed and decorative bindings.
   $500.00
*REPLACEMENT VALUE*   TOTAL
*LOSS IN VALUE*



*TOTAL REPLACEMENT VALUE-BOOKS*   $21,200.00
*TOTAL LOSS IN VALUE-BOOKS*   TOTAL