IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-30089 (RGS)

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of
Thirty Four Lime Street Trust, et al
777 Marin Drive
Novado, California  94998
     Plaintiff

VS

C. H. NEWTON CONTRACTORS
549 W. Falmouth Highway
Falmouth, MA  02540

and

ALAIRE PLUMBING & HEATING
29 Gemmur Lane
Bellingham, MA  02019-1905
     Defendants

===================================
**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate that this action be dismissed with prejudice, without costs, and all rights of appeal being waived.

By,

/S/     Brian M. Cullen
Brian M. Cullen
Law Offices of Thomas M. Niarchos
100 Summer Street,  Suite 201
Boston, MA 02110
(617) 772-2800
BBO #547427

Attorney for the Plaintiff,

/S/      Erik Loftus_____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concord Way
P. O. Box 608
Windsor Locks, CT  06096
(860) 292-1116
BBO#656315


Attorney for the Co-Defendant,

/S/      Scott Jay Tucker_____
Scott Jay Tucker, Esq.
Tucker, Heifetz & Saltzman
100 Franklin Street, Suite 801
Boston, MA  021110
(617) 557-9696
BBO#503940

Dated:  1/8/07


I, Brian M. Cullen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 8, 2007.


                                          ____/s/ Brian M. Cullen_____
                                          Brian M. Cullen